IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| SANDRA VALENCIA PAIGE | * | |
| --- | --- | --- |
| | * | |
| v. | * | Civil No. JFM-11-2235 |
| | * | |
| TOMMY GRIMES, ET AL. | * | |

MEMORANDUM

Plaintiff has filed this action for breach of contract invoking this court's diversity jurisdiction. She has only claimed $30,000 in damages, and in order for this court to have diversity jurisdiction the amount in controversy must exceed $75,000. Moreover, it appears that plaintiff has sued an individual, not the company for which she worked.

For these reasons this action will be dismissed. A separate order to that effect is being entered herewith.

/s/
J. Frederick Motz
United States District Judge